JUN-12-2007 TUE 03:12 PM                FAX NO. 12125776702                P. 02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
OLEG MASKAEV and DENNIS RAPPAPORT
PRODUCTIONS, LTD.,
                 Plaintiff,   :  07 CV 3147 (DAB)

- against -   :   Stipulation and Order

WORLD BOXING COUNCIL and SAMUEL
PETER,

                 Defendant.
----------------------------------------x

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiffs Oleg Maskaev and Dennis Rappaport Productions, Ltd. and defendant Samuel Peter ("Peter"), that the time for Peter to move, answer or otherwise respond with respect to the complaint is extended until July 10, 2007.

Dated: June 12, 2007

PROFETA & EISENSTEIN

By: _____
     Jethro Eisenstein (JE-6848)

14 Wall Street, 22nd Floor
New York, NY 10005
(212) 577-6500 telephone
(212) 577-6702 facsimile

Attorneys for Plaintiffs Oleg Maskaev
and Dennis Rappaport Productions,
Ltd.

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
     Jeremy A. Cohen (JC-6602)

177 Avenue of the Americas
New York, New York 10036
(212) 715-9100 telephone
(212) 715-8000 facsimile

Attorneys for Defendant Samuel Peter

So Ordered:

_____
Hon. Deborah A. Batts
United States District Judge

SO ORDERED

Deborah A. Batts 6/12/2007
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2007