UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------

OLEG MASKAEV and DENNIS
RAPPAPORT PRODUCTIONS, LTD.,

    Plaintiffs,

-against-

WORLD BOXING COUNCIL and
SAMUEL PETER,

    Defendants.
-----------------------------------

Index No.:
07 CV 3147 (DAB)

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiffs Oleg Maskaev and Dennis Rappaport Productions, Ltd. and defendant World Boxing Council, as follows:

1. the undersigned attorney for the World Boxing Council is authorized to accept service of the summons and complaint in the above-captioned action on behalf of the defendant World Boxing Council; and

2. the time for the World Boxing Council to move, answer or otherwise respond to the complaint is extended until July 24, 2007.

Dated: New York, New York
      June 14, 2007

PROETA & EISENSTEIN
Attorneys for Plaintiffs

_Jethro M. Eisenstein_
Jethro M. Eisenstein (JE 6848)
14 Wall Street, 22nd Floor
New York, New York 10005
(212) 577-6500

MANATT PHELPS PHILLIPS, LLC
Attorneys for Defendant WORLD
BOXING COUNCIL

_L. Peter Parcher_
L. Peter Parcher (LP 8096)
7 Times Square
New York, New York 10036
(212) 790-4520

SO ORDERED:

_____
Hon. Deborah A. Batts
United States District Judge