USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- x

OLEG MASKAEV and DENNIS RAPPAPORT :
PRODUCTIONS, LTD., :
:
Plaintiff, :
:        07 CV 3147 (DAB)
- against - :
:        Stipulation and Order
:
WORLD BOXING COUNCIL, SAMUEL PETER, :
DUVA BOXING, LLC and DON KING :
PRODUCTIONS, INC., :
:
Defendant. :
--------------------------------------------------------- x


IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for plaintiffs Oleg Maskaev and Dennis Rappaport Productions, Ltd. and defendants

World Boxing Council ("WBC") and Samuel Peter ("Peter"), that the time for WBC and Peter to

move, answer or otherwise respond with respect to the amended complaint is extended until July

31, 2007.

Dated: July 13, 2007

PROFETA & EISENSTEIN                    MANATT, PHELPS & PHILLIPS, LLP


By: _____            By: _____
     Jethro Eisenstein (JE-6848)            L. Peter Parcher
                                            Jonathan Molber

14 Wall Street, 22nd Floor              7 Times Square
New York, NY 10005                      New York, NY 10036
(212) 577-6500 telephone                (212) 790-4500 telephone
(212) 577-6702 facsimile                (212) 790-4545 facsimile

Attorneys for Plaintiffs Oleg Maskaev  Attorneys for Defendant World Boxing Council
and Dennis Rappaport Productions,
Ltd.

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
    Jeremy A. Cohen (JC-6602)

177 Avenue of the Americas
New York, New York 10036
(212) 715-9100 telephone
(212) 715-8000 facsimile

Attorneys for Defendant Samuel Peter

So Ordered:

_____
Hon. Deborah A. Batts
United States District Judge

-2-

KL3 2603706.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- x
OLEG MASKAEV and DENNIS RAPPAPORT          :
PRODUCTIONS, LTD.,                          :
                                            :
                    Plaintiff,              :        07 CV 3147 (DAB)
                                            :
        - against -                         :        Stipulation and Order
                                            :
WORLD BOXING COUNCIL, SAMUEL PETER,         :
DUVA BOXING, LLC and DON KING               :
PRODUCTIONS, INC.,                          :
                                            :
                    Defendant.              :
-------------------------------------------------- x


        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for plaintiffs Oleg Maskaev and Dennis Rappaport Productions, Ltd. and defendants

World Boxing Council ("WBC") and Samuel Peter ("Peter"), that the time for WBC and Peter to

move, answer or otherwise respond with respect to the amended complaint is extended until July

31, 2007.

Dated: July 13, 2007

PROFETA & EISENSTEIN                          MANATT, PHELPS & PHILLIPS, LLP

By: _____                   By: _____
    Jethro Eisenstein (JE-6848)                    L. Peter Parcher
                                                   Jonathan Melber
14 Wall Street, 22nd Floor
New York, NY 10005                             7 Times Square
(212) 577-6500 telephone                       New York, NY 10036
(212) 577-6702 facsimile                       (212) 790-4500 telephone
                                               (212) 790-4545 facsimile
Attorneys for Plaintiffs Oleg Maskaev          Attorneys for Defendant World Boxing Council
and Dennis Rappaport Productions,
Ltd.

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

By: _____
     Jeremy A. Cohen (JC-6602)

177 Avenue of the Americas
New York, New York 10036
(212) 715-9100 telephone
(212) 715-8000 facsimile

Attorneys for Defendant Samuel Peter

So Ordered:

_____
Hon. Deborah A. Batts
United States District Judge

**SO ORDERED**

**DEBORAH A. BATTS**
UNITED STATES DISTRICT JUDGE

-2-