UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLEG MASKAEV and DENNIS RAPPAPORT PRODUCTIONS, LTD., <br><br> Plaintiffs, <br><br> -against- <br><br> WORLD BOXING COUNCIL, SAMUEL PETER, DUVA BOXING, LLC and DON KING PRODUCTIONS, INC., <br><br> Defendants. | Civil Action No.  07 CV 3147 (DAB) |

**NOTICE OF MOTION AND MOTION TO DISMISS THE
AMENDED COMPLAINT OR STAY THE PROCEEDINGS PENDING MEDIATION**

Please take notice that defendant World Boxing Council hereby moves the Court to dismiss the Amended Complaint or stay the proceedings pending mediation in the above-referenced action pursuant to the Federal Arbitration Act.  The World Boxing Council's motion is based on this notice of motion, the attached memorandum of law in support of the motion, the Declaration of Robert J.B. Lenhardt, filed on July 31, 2007, and the exhibits attached thereto. Defendant respectfully requests oral argument on this motion.

Dated: New York, New York.
July 31, 2007

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ L. Peter Parcher
    L. Peter Parcher (LP 8096)
    Jonathan Melber (JM 1000)

7 Times Square
New York, NY 10036
(212) 790-4500

*Attorneys for Defendant World Boxing Council*

80399984.1