UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLEG MASKAEV and DENNIS RAPPAPORT PRODUCTIONS, LTD.,<br><br>            Plaintiffs,<br><br>-against-<br><br>WORLD BOXING COUNCIL, SAMUEL PETER, DUVA BOXING, LLC and DON KING PRODUCTIONS, INC.,<br><br>            Defendants. | Civil Action No.  07 CV 3147 (DAB)<br><br>**DECLARATION OF ROBERT J.B. LENHARDT** |

ROBERT J.B. LENHARDT, pursuant to 28 U.S.C. § 1746, declares:

1. I am an attorney serving as Legal Counselor to the World Boxing Council. I respectfully submit this declaration and the accompanying exhibits in support of the World Boxing Council's Motion to Dismiss the Amended Complaint or Stay Proceedings Pending Mediation.

2. The World Boxing Council is an association existing under the laws of Mexico and recognized as a not-for-profit association under United States Internal Revenue Code Section 501(c)(6). I represent the World Boxing Council as an attorney on a *pro bono* basis and in that capacity receive only reimbursement for my expenses.

3. Attached as Exhibit 1 is a true and correct copy of the Professional Boxer's Compliance Agreement signed by Oleg Maskaev on October 24, 2005.

4. Attached as Exhibit 2 is a true and correct copy of the Registered Promoters Agreement signed by Dennis Rappaport on May 3, 2007.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 30, 2007.

_____
Robert J.B. Lenhardt

80399955.1