**Lenhardt Declaration**

**Ex. 2**



ATTN. MAURICIO SULAIMAN

# WORLD BOXING COUNCIL
## Consejo Mundial de Boxeo
**WBC**

APRIL 19, 2007.

NO. _____

## REGISTERED PROMOTERS AGREEMENT

Promotional Organization: **Dennis Rappaport Productions Ltd**

Name of President or CEO: **MR.** **Dennis Rappaport**

REGISTRATION FEE BY MARCH 31     $ 5,000
REGISTRATION FEE AFTER MARCH 31     $ 7,000.

Considering that the World Boxing Council – WBC is the owner of its trademark, as well as of the accolade World Boxing Council – WBC World Boxing Championship accolade, I herewith acknowledge to know and to accept my obligation as stated in the WBC Rules and Regulations and agree to respect these rules before, during and after promoting or participating in a WBC sanctioned title fight.

In case any problem or dispute can not be resolved by the local boxing commission and/or the WBC Supervisor-Representative or the WBC Executive Offices, resulting in a continuing disagreement related to matters covered or not covered by the WBC Rules and Regulations, I will accept to abide by the Constitution, Rules and Regulations of the WBC, including the rules stipulating resolution of disputes as a final solution, as well as the articles of appeals and the mediation procedures required by the WBC Rules and Regulations, Rule 5, as the final decision. I expressly waive any other case or action.

# "CAS"

# WBC RULE 5 STATES AS FOLLOWS:

5.1 **Exclusivity of Remedies.** Any boxer, promoter, manager or other person or organization that participates in the activities or events of the WBC, or who avail themselves, or claim any right arising on the WBC Constitution or these Rules and Regulations, agree that their exclusive remedies are the administrative remedies and the dispute resolution procedures provided for herein.

5.2 **Administrative Remedies.** Any claim, complaint or protest against the WBC, or any controversy, appeal or dispute concerning the WBC Constitution, or these Rules and Regulations, must first be presented to the WBC for consideration by the President and the appropriate Committee, and if appropriate, the Board of Governors.

The claim, controversy, or dispute must be submitted to the WBC President in writing by the aggrieved party or his authorized representative within fifteen (15) calendar days after the claim, <u>controversy or dispute first arose</u>.

Upon reception of the claim, dispute or controversy, the President, in his discretion, will either: a) attempt to resolve the controversy, or b) refer the matter to the Grievance and Appeals Committee, or c) refer the matter to the Board of Governors. The President must notify all interested parties of the decision of the WBC in writing. The administrative procedures as provided in these Rules, must be fully complied with before the provisions of Rule 5.3 and 5.4 are invoked.

5.3 **Compulsory Mediation.** Any unresolved claim, controversy or dispute against the WBC, must be submitted to non-binding mediation in accordance with the following procedures, within thirty (30) days after exhaustion of the administrative procedures outlined in Rule 5.2:

   a) The parties must, in good faith, attempt to select a neutral mediator to conduct the mediation. The eligible candidate must be neutral and have experience in the sport of boxing or in resolving boxing disputes.

   b) In the event that the parties are unable to agree on a mediator, each party shall nominate two qualified candidates from the CAS Pool of Mediators.

   c) The mediator shall be selected at random from the four (4) candidates selected by the parties from the CAS Pool of Mediation.

2

d) The mediation shall be conducted in accordance with procedures prescribed by the selected mediator and at a convenient location designated by the mediator. The mediator's expenses shall be shared equally by the parties who participate in the mediation.

e) The mediation shall be completed within thirty (30) days after the mediator is selected, in accordance with the procedures in this Rule.

f) The parties to the mediation must agree to mediate in good faith in a meaningful attempt to resolve the controversy, claim or dispute.

5.4 **Mandatory Arbitration.** Any dispute arising directly or indirectly on the occasion of or in connection with a WBC sanctioned bout or any decision made by the WBC, which the parties have been unable to resolve pursuant to the procedures provided for in Rules 5.2 and 5.3, will then be settled exclusively by mandatory arbitration before the Court of Arbitration for Sports ("CAS"), pursuant to the Code of Sports-Related Arbitration.

The WBC and all boxers involved in WBC sanctioned fights, as well as all related parties, acknowledge that these provisions concerning alternatives to dispute resolution are an essential part of these Rules and Regulations.

5.5 **Waiver** Any person having a claim against the WBC expressly waives all remedies and courses of action other than those provided for in this Rule 5.

The Constitution, Rules and Regulations and Championship Rules of the World Boxing Council are published at www.wbcboxing.com

Signature: _____

Place and date: New York    5/3/07

3