UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x

OLEG MASKAEV and DENNIS RAPPAPORT
PRODUCTIONS, LTD.

                   Plaintiffs,

              - against -        :  No. 07 Civ. 3147 (DB)

WORLD BOXING COUNCIL and SAMUEL
PETER,

                  Defendants.

———————————————————————x


MEMORANDUM OF LAW OF DEFENDANT SAMUEL PETER
IN SUPPORT OF HIS MOTION TO DISMISS THE AMENDED COMPLAINT
OR STAY THE PROCEEDINGS PENDING MEDIATION

Defendant Samuel Peter respectfully joins in the World Boxing Council's Memorandum of Law in Support of its Motion to Dismiss the Amended Complaint or Stay the Proceedings Pending Mediation (the "WBC Motion"). For the reasons set forth in the WBC Motion, plaintiffs' complaint should be dismissed or stayed pending mandatory mediation.

Dated: New York, New York
      July 31, 2007

Respectfully submitted,

Kramer Levin Naftalis & Frankel LLP

By: /s/ Jeremy A. Cohen
    Barry H. Berke (BB-1421)
    Jeremy A. Cohen (JC-6602)

1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Attorneys for Samuel Peter

KL3 2605131.1