Office No.

U.S. DISTRICT COURT, SOUTHERN DISTRICT OF NY

Index No. 07CV3147(DAB)

OLEG MASKAEV and DENNIS RAPPAPORT PRODUCTIONS, LTD.

-against-

WORLD BOXING COUNCIL and SAMUEL PETER, DUVA BOXING, LLC. and DON KING PRODUCTIONS, INC.

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
COUNTY OF NEW YORK )

**Personal Service**
**Business / Agency**

**Daniel Knight**, being duly sworn, deposes and says:

I am over the age of 18 years, am not party to this action, and reside in the State of New York.

That on **7/19/2007**, at **1:54 pm**, at **409 Minnisink Road Totowa, NJ 07512**

I served the **Summons and Amended Verified Complaint**

Upon **DUVA BOXING, LLC.**,

by delivering a true copy bearing Index # 07CV3147(DAB)

to **Dino Duva**, Managing Agent.

Deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

Deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

**Sex: Male; Color: White; Hair: Black/Grey; Approx. Age: 45-49; Approx. Height: 5'9";**
**Approx. Weight: 220; Other:**

Sworn to before me on 7/20/2007:

Denise Lowe
Notary Public, State of New York
No. 01LO6168083
Qualified in New York County
Commission Expires 6/4/2011

Daniel Knight

7345

Attorney/Client: Profeta & Eisenstein
14th Wall Street, 22nd Floor, New York, NY 10005
Phone: (212) 577-6500

SERVICE AGENT: National Process Service
20 Vesey Street, New York, NY 10007-2953
Phone (212) 349-3776 (104993)