AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____Southern_____    DISTRICT OF    _____New York_____

Oleg Maskaev et al.

v.

World Boxing Council et al.

**APPEARANCE**

Case Number: 07 CV 3147 (DAB)

To the Clerk of this court and all parties of record:

> Enter my appearance as counsel in this case for
> World Boxing Council

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/8/2007 | _[signature]_ |
| Date | Signature |
| | Jonathan Melber — JM-1000 |
| | Print Name — Bar Number |
| | Manatt, Phelps & Phillips, LLP, 7 Times Square |
| | Address |
| | New York — NY — 10036 |
| | City — State — Zip Code |
| | (212) 790-4585 — (212) 536-1827 |
| | Phone Number — Fax Number |