Bruce A. Schoenberg
Schrader & Schoenberg, LLP
711 Third Avenue, Suite 1505
New York, New York 10170
(212) 986-4888
Attorneys for Defendant
 Duva Boxing, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
OLEG MASKAEV and DENNIS            :
RAPPAPORT PRODUCTIONS, LTD.,       :
                                   :
                     Plaintiffs,   :    Civil Action No. 07 CV 3144 (DAB)
                                   :
        -against-                  :    NOTICE OF MOTION
                                   :    TO DISMISS OR STAY
WORLD BOXING COUNCIL,              :    PROCEEDING PENDING
SAMUEL PETER, DUVA BOXING, LLC     :    MEDIATION
and DON KING PRODUCTIONS, LTD.,    :
                                   :
                     Defendants.   :
-----------------------------------------------------X

PLEASE TAKE NOTICE THAT defendant Duva Boxing, LLC, acting by and through its counsel, Schrader & Schoenberg, LLP, hereby joins in the motion by defendant World Boxing Council ("WBC") to dismiss the Amended Complaint or stay the proceedings in the above-captioned matter pursuant to the Federal Arbitration Act.

PLEASE TAKE FURTHER NOTICE that defendant Duva Boxing, LLC shall rely upon the papers submitted by the WBC in support of its motion to dismiss the Amended Complaint or Stay the Proceedings Pending Arbitration, including without limitation the Declaration of Robert J.B. Smith dated July 31, 2007 and the Exhibits thereto, the WBC's Memorandum of Law in Support of its Motion to Dismiss the Amended Complaint or Stay the Proceedings Pending Mediation dated July 31, 2007, any

reply papers and the arguments of counsel in open court in support of its motion.

Dated: New York, New York
      August 13, 2007

                                      SCHRADER & SCHOENBERG, LLP
                                      711 Third Avenue, Suite 1505
                                      New York, New York 10170
                                      (212) 986-4888
                                      Attorneys for Defendant
                                        Duva Boxing, LLC

                                      By: Bruce A. Schoenberg

TO:    Jethro M. Eisenstein, Esq.
          Profetta & Eisenstein
          14 Wall Street, 22nd Floor
          New York, New York 10005
          Attorneys for Plaintiffs
            Oleg Maskaev and Dennis Rappaport Productions, Ltd.

          L. Peter Parcher
          Manatt, Phelps & Phillips, LLP
          7 Times Square
          New York, New York 10036
          Attorneys for Defendant World Boxing Council

          Jeremy A. Cohen, Esq.
          Kramer Levin Naftalis & Frankel, LLP
          1177 Avenue of the Americas
          New York, New York 10036
          Attorneys for Defendant Samuel Peter