Bruce A. Schoenberg
Schrader & Schoenberg, LLP
711 Third Avenue, Suite 1505
New York, New York 10170
(212) 986-4888
Attorneys for Defendant
  Duva Boxing, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
OLEG MASKAEV and DENNIS            :
RAPPAPORT PRODUCTIONS, LTD.,       :
                                   :
                  Plaintiffs,      :   Civil Action No. 07 CV 3144 (DAB)
                                   :
         -against-                 :   Proof of Service
                                   :
WORLD BOXING COUNCIL,              :
SAMUEL PETER, DUVA BOXING, LLC     :
and DON KING PRODUCTIONS, LTD.,    :
                                   :
                  Defendants.      :
------------------------------------------------------X

    BRUCE A. SCHOENBERG DECLARES under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner in Schrader & Schoenberg, LLP, counsel for defendant Duva Boxing, LLC in connection with the above-captioned matter. I am an attorney admitted to the practice of law in the State of New York.

2. On August 13, 2007, I caused copies of defendant Duva Boxing, LLC's Notice of Motion to Dismiss or Stay Proceeding Pending Mediation to be served upon:

    Jethro M. Eisenstein, Esq.
    Profetta & Eisenstein
    14 Wall Street, 22nd Floor
    New York, New York 10005
    Attorneys for Plaintiffs

      Oleg Maskaev and Dennis Rappaport Productions, Ltd.

      L. Peter Parcher
      Manatt, Phelps & Phillips, LLP
      7 Times Square
      New York, New York 10036
      Attorneys for Defendant World Boxing Council

      Jeremy A. Cohen, Esq.
      Kramer Levin Naftalis & Frankel, LLP
      1177 Avenue of the Americas
      New York, New York 10036
      Attorneys for Defendant Samuel Peter

by U.S. Mail by placing the same in pre-addressed postage-prepaid envelopes and placing the same in a receptacle under the exclusive control of the United States Post Office.

  I declare that the foregoing is true and correct. Executed on August 13, 2007.

              _____
              Bruce A. Schoenberg