AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

OLEG MASKAEV and DENNIS RAPPAPORT
PRODUCTIONS, LTD.,
              Plaintiffs,

-against-

WORLD BOXING COUNCIL, et al.,
              Defendants.

**APPEARANCE**

Case Number: 07 CV 3147 (DAB)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Don King Productions, Inc.

I certify that I am admitted to practice in this court.

| 8/15/2007 | *[signature]* | |
|---|---|---|
| Date | Signature | |
| | Peter E. Fleming Jr. | PEF-1354 |
| | Print Name | Bar Number |
| | Curtis, Mallet-Prevost, Colt & Mosle, LLP, 101 Park Avenue | |
| | Address | |
| | New York,      NY | 10178-0061 |
| | City      State | Zip Code |
| | (212) 696-6000 | (212) 696-1559 |
| | Phone Number | Fax Number |