Peter E. Fleming Jr. (PEF-1354)
Benard V. Preziosi, Jr. (BP-5715)
Christopher C. Costello (CC-6516)

CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
*Attorneys for Defendant*
*Don King Productions, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OLEG MASKAEV and DENNIS       :
RAPPAPORT PRODUCTIONS, LTD.
                              :    Civ. No. 07 CV 3147 (DAB)
           Plaintiffs,
                              :
  - against -                      **RULE 7.1 CORPORATE**
                              :    **DISCLOSURE STATEMENT**
WORLD BOXING COUNCIL, SAMUEL
PETER, DUVA BOXING, LLC and DON  :
KING PRODUCTIONS, INC.,
                              :
           Defendants.
------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Don King Productions, Inc. certifies that it has no parent that is publicly held and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       August 20, 2007

                                    CURTIS, MALLET-PREVOST,
                                    COLT & MOSLE LLP

                                    By: _____

                                    Peter E. Fleming Jr. (PEF-1354)
                                    101 Park Avenue
                                    New York, New York 10178
                                    (212-696-6000
                                    Attorneys for Defendant
                                         Don King Productions, Inc.