Peter E. Fleming Jr. (PEF-1354)
Benard V. Preziosi, Jr. (BP-5715)
Christopher C. Costello (CC-6516)
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061
*Attorneys for Defendant*
  *Don King Productions, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
OLEG MASKAEV and DENNIS RAPPAPORT            :
PRODUCTIONS, LTD.,
        Plaintiffs,  :  CIV. NO. 07 CV 3147 (DAB)

   -against-        :  NOTICE OF MOTION TO DISMISS
                    OR STAY PROCEEDING PENDING
WORLD BOXING COUNCIL, SAMUEL PETER, : <u>MEDIATION AND ARBITRATION</u>
DUVA BOXING, LLC AND DON KING
PRODUCTIONS, INC.           :

        Defendants.   :

-------------------------------------------------------------------X

   PLEASE TAKE NOTICE THAT defendant Don King Productions, Inc., by and through its counsel, Curtis, Mallet-Prevost, Colt & Mosle LLP, hereby respectfully joins in the motion by defendant World Boxing Council ("WBC") to dismiss the Amended Complaint or stay the proceedings in the above-captioned matter pending mediation, and if necessary, mandatory binding arbitration. For the reasons set forth in WBC's motion, plaintiffs' complaint

3846653v2

should be dismissed or stayed pending compulsory mediation and arbitration proceedings.

Dated: New York, New York
August **20**, 2007

                                    CURTIS, MALLET-PREVOST,
                                    COLT & MOSLE LLP

                                    By: _____
                                        Peter E. Fleming Jr. (PF-1354)
                                        Benard V. Preziosi, Jr. (BP-5715)
                                        Christopher C. Costello (CC-6516)
                                        101 Park Avenue
                                        New York, NY 10178-0061
                                        Tel:  (212) 696-6000
                                        Fax:  (212) 697-1559

3846653v2