Peter E. Fleming Jr. (PEF-1354)
Benard V. Preziosi, Jr. (BP-5715
Christopher C. Costello (CC-6516)
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061
*Attorneys for Defendant*
  *Don King Productions, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
OLEG MASKAEV and DENNIS RAPPAPORT    :
PRODUCTIONS, LTD.,
                            Plaintiffs,    :    CIV. NO. 07 CV 3147 (DAB)

             -against-                      :

WORLD BOXING COUNCIL, SAMUEL PETER,  :
DUVA BOXING, LLC AND DON KING
PRODUCTIONS, INC.                            :

                            Defendants.     :
------------------------------------------------------------------X

MEMORANDUM OF LAW OF DEFENDANT DON KING PRODUCTIONS, INC.
IN SUPPORT OF ITS MOTION TO DISMISS THE AMENDED COMPLAINT OR
STAY THE PROCEEDINGS PENDING MEDIATION AND ARBITRATION

Defendant Don King Productions, Inc. ("DKP") submits this memorandum of law in support of its motion to dismiss the amended complaint or, alternatively, for a stay pending mandatory mediation, and if necessary, mandatory arbitration proceedings. DKP relies upon and incorporates herein by reference World Boxing Council's Memorandum of Law in Support of its Motion to Dismiss the Amended Complaint or Stay the Proceedings Pending Mediation, dated July 31, 2007.

3859590v1

—2—

Dated: New York, New York
August 20, 2007

                                CURTIS, MALLET-PREVOST,
                                COLT & MOSLE LLP

                                By: _____
                                    Peter E. Fleming Jr. (PF-1354)
                                    Benard V. Preziosi, Jr. (BP-5715)
                                    Christopher C. Costello (CC-6516)
                                    101 Park Avenue
                                    New York, NY 10178-0061
                                    Tel: (212) 696-6000
                                    Fax: (212) 697-1559

3859590v1