AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

OLEG MASKAEV and DENNIS RAPPAPORT
PRODUCTIONS, LTD.,

**APPEARANCE**

        Plaintiffs,

- against -

Case Number: 07 CV 3147 (DAB)

WORLD BOXING COUNCIL, et al.,

        Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Don King Productions, Inc.

I certify that I am admitted to practice in this court.

| 8/15/2007 | *[signature]* |
|---|---|
| Date | Signature |
|  | Benard V. Preziosi, Jr.     BP-5715 |
|  | Print Name     Bar Number |
|  | Curtis, Mallet-Prevost, Colt & Mosle, LLP, 101 Park Avenue |
|  | Address |
|  | New York,    NY    10178-0061 |
|  | City    State    Zip Code |
|  | (212) 696-6000    (212) 696-1559 |
|  | Phone Number    Fax Number |