# manatt
manatt | phelps | phillips

**MEMO ENDORSED**

L. Peter Parcher
Manatt, Phelps & Phillips, LLP
Direct Dial: (212) 790-4520
E-mail: pparcher@manatt.com

August 17, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/2007

Client-Matter: 29772-030

**VIA HAND DELIVERY**

The Honorable Deborah A. Batts
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2510
New York, NY 10007

    Re:    *Maskaev et al. v. World Boxing Council et al.*, Civil Action No. 07 CV 3147

Dear Judge Batts:

   I represent defendant World Boxing Council in this action and write to request a change in the briefing schedule for its motion to dismiss the amended complaint or stay the proceedings pending mediation. The World Boxing Council filed its motion on July 31, 2007 and plaintiffs Oleg Maskaev and Dennis Rappaport Productions, Ltd. served their opposition papers on August 16, 2007.

   As counsel with primary responsibility for this matter, I respectfully request that the due date for the World Boxing Council's reply brief be extended to September 14 because (i) I am currently on a family vacation until September 4th; (ii) I will be in Los Angeles, California for a previously-scheduled law firm retreat from September 5 through 9; and (iii) Rosh Hashana lasts from the evening of September 12 through September 13. This is the World Boxing Council's first request for an extension of time for its reply brief. Plaintiffs do not consent to the extension.

*denied DAB 8/22/0[7]*

Respectfully submitted,

L. Peter Parcher

**SO ORDERED**

cc:    Jethro M. Eisenstein, Esq. (via fax, per request)
       Jeremy A. Cohen, Esq. (via electronic mail)
       David A. Schrader, Esq. (via electronic mail)


DEBORAH A. BATTS 8/22/07
UNITED STATES DISTRICT JUDGE

80401453.1

7 Times Square, New York, New York 10036   Telephone: 212.790.4500   Fax: 212.790.4545
Albany | Los Angeles | New York | Orange County | Palo Alto | Sacramento | Washington, D.C.

**MEMO ENDORSED**