**EXHIBIT 1**



Tribunal Arbitral du Sport
Court of Arbitration for Sport

Per fax

Ms Tanja **Klemm**
Attorney-at-Law
**Scherrer Jenny & Partner**
Dorfstrasse 81
CH-8706 **Meilen**
Fax : (41 44) 923 88 67

Per DHL

**World Boxing Council (WBC)**
World Boxing Council Cuzco 872
Colonia Lindavista
MX-07300 **Mexico**

Mr Oleg **Maskaev**
3785 Berryessa Place
US-West Sacremento, CA 95691

Mr Samuel **Peter**
3050 S. Nellis Blvd.,
US-Las Vegas, NV 89121

Lausanne, 22 February 2007/AZ/cm

Re : CAS 2007/O/1224   Vitali Klitschko, World Boxing Council (WBC), Mr Oleg Maskaev, Mr Samuel Peter

Dear Sirs,

This is to acknowledge receipt of the request for arbitration filed on behalf of Mr Vitali Klitschko (the *Claimant*), to confirm the decision issued on 15 January 2007 by the World Boxing Council (WBC), whereby the WBC authorized the Claimant to be the first Mandatory Challenger for the title of WBC Heavyweight Champion in the fight against Mr Oleg Maskaev.

I also acknowledge receipt of the produced exhibits, numbered 1 to 6. A copy of the request for arbitration and of the exhibits is enclosed herewith for the attention of WBC, Mr Oleg Maskaev and Mr Samuel Peter (the *Respondents*).

1. **Assignment of the matter to the Ordinary Arbitration Division**

Pursuant to Art. S20 of the Code of Sports-related Arbitration (Code), applicable to the arbitration procedure before the Court of Arbitration for Sport (CAS), the present arbitration has been assigned to the Ordinary Arbitration Division of CAS and shall therefore be dealt with according to Art. R38 ff. of the Code.

2. **Costs of the arbitration**

The Claimant has taken all proper arrangements to pay the CAS Court Office fee of CHF 500 to the CAS bank account. As this is not a disciplinary matter of an international nature (see Art. R65 of the Code), the present arbitration procedure will not be free of charge and, as a consequence, the parties will be requested to make an advance of costs, in accordance with Art. R64 of the Code.

Tribunal Arbitral du Sport                                                        Page 2
Court of Arbitration for Sport

### 3. Arbitrators

The Claimant has nominated Mr Lucas Anderes, from Zurich/Switzerland, as arbitrator. In accordance with Art. R41.1 of the Code, **within ten days from the receipt of the present correspondence**, the Respondents shall nominate by mutual consent their common arbitrator, out of the list of the CAS members, which is published on www.tas-cas.org. According to Art. R41.1 of the Code, if the Respondents fail to nominate an arbitrator by mutual consent, the President of the Ordinary Arbitration Division shall proceed with such nomination.

### 4. Exchange of submissions

Pursuant to art. R39 of the Code, the Respondents are invited to file their answers **within 20 days from the receipt of the present letter.**

I draw the attention of the parties to article R44.1 of the Code, whereby as a general rule, there are two exchanges of written submission and, if the circumstances so require, one reply and a second response.

### 5. Language of the proceedings

The Claimant has chosen English as the language of the present arbitration. Therefore, the parties' correspondences and submissions (the Respondents' answers and replies) shall be filed **in English** and any exhibits written in another language shall be accompanied by a **translation** into the language of the arbitration.

### 6. Communications with CAS

Pursuant to Art. R31 of the Code, the request for arbitration, the answers and the replies, together with the produced exhibits shall be filed **by courier**, in at least **eight copies**, in the **format A4 (210 x 297) or "Letter" (8 ½" x 11")**, whether or not the parties send them in advance by fax or email. Please note that, within pending arbitrations, the CAS Court Office corresponds with the parties in principle by fax or post, but **not by email**.

Either party may elect domicile at the address of his/its Counsel. In such case, he/it shall inform the CAS Court Office as soon as possible, providing the exact address where he/it wishes to receive the communication from CAS, as well as the respective telephone and fax numbers.

I remind the Claimant that he is invited to send to the CAS Court Office **two more copies** of the request for arbitration and of all the exhibits.

### 7. Mediation

In view of the circumstances, the parties are invited to consider that this dispute might be treated as a Mediation procedure according to the CAS Mediation Rules. A deadline of **5 days after receipt of the present letter** is granted to all parties to give me their views regarding this matter.

Eventually, I draw the attention of the parties that according to article R43 of the Code the present procedure is confidential. I invite the parties to declare **within the same deadline of 5 days** whether they agree or not that the present procedure is not confidential. In case of disagreement, the procedure will remain confidential.

*****

I remain at your disposal for any further information.

Yours sincerely,

Andrea ZIMMERMANN
Counsel to the CAS

Enc.