**EXHIBIT 2**



# WORLD BOXING COUNCIL

**GABRIEL A. PEÑAGARÍCANO, ESQ.**
**Secretary General**
gpenagaricano@wbcboxing.com

March 9, 2007

**BY FAX**

Mr. Andrea Zimmermann
Counsel
Court of Arbitration for Sport
Chateau de Bethusy
Avenue de Beaumont
CH-1012 Lausanne, Switzerland

Re: **CAS 2007/O/1224**

Dear Mr. Zimmermann:

We have received on February 27, 2007 your February 22nd letter regarding the referenced matter. At the outset, please be advised that we have not received the original arbitration filing made by Claimant Vitali Klitschko. The WBC respectfully requests a copy of the filing in its entirety, with all exhibits and enclosures.

Please be advised that the parties have been in settlement negotiations for the past month and are close to reaching an agreement. Therefore, the WBC, with the consent of all parties, hereby requests that all deadlines contained in your February 22nd letter be extended through April 6, 2007. We will notify the CAS if in the meantime an agreement is made.

Finally, please be advised that I, together with Robert Lenhardt, Esq., will be representing the WBC in this matter. All notices from the CAS and the parties must be sent to:

Gabriel A. Peñagarícano, Esq.
WBC Secretary General
PO Box 71449
San Juan, Puerto Rico 00936-8549
Tel. 310-595-0597
Fax: 305-675-7945
gpenagaricano@wbcboxing.com

and to:

Robert Lenhardt, Esq.
WBC General Counsel
c/o ORIX Finance
1717 Main Street, Suite 900
Dallas, Texas 75201, USA
Cellular Tel. (214) 754-8778
Office Tel.   (214) 237-2342
Direct Fax   (469) 385-1353
attylen@yahoo.com

Thank you in advance for your cooperation.

                                                      Very truly yours,

                                                      Gabriel A. Peñagarícano, Esq.

C:   Mr. José Sulaimán
     Robert Lenhardt, Esq.
     Mark Kirkosky, Esq.
     Bruce J. Zabauraskas, Esq.
     Barry Berke, Esq.
     Jeremy Cohen, Esq.
     Tanja Klemm, Esq.