**EXHIBIT 3**



Tribunal Arbitral du Sport
Court of Arbitration for Sport

Per fax

Ms Tanja Klemm
Attorney-at-Law
Scherrer Jenny & Partner
Dorfstrasse 81
CH-8706 Meilen
Fax : (41 44) 923 88 67

Per fax

Gabriel A. Peñagaricano, Esq.
WBC Secretary General
PO Box 71449
San Juan, Puerto Rico 00936-8549
Fax: (1 305) 675-7945

Robert Lenhardt, Esq
WBC General Counsel
c/o ORIX Finance
1717 Main Street, Suite 900
USA-Dallas, Texas 75201
Fax: (1 469) 385-1353

Per DHL

Mr Oleg Maskaev
3785 Berryessa Place
US-West Sacremento, CA 95691

Mr Samuel Peter
6333 Hamilton Grove Lane
US-Las Vegas, NV 89122

Lausanne, 14 March 2007/AZ/cm

Re : CAS 2007/O/1224   Vitali Klitschko, World Boxing Council (WBC), Mr Oleg Maskaev, Mr Samuel Peter

Dear Sirs,

I acknowledge receipt of the letter sent by the Secretary General of WBC on 9 March 2007, a copy of which is enclosed for the attention of the other parties.

The WBC requests an extension of the deadlines mentioned in my letter to the parties of 22 February 2007 until 6 April 2007. I kindly invite the Appellant and the two other Respondents to declare **within 3 days after receipt of the present correspondence** whether they agree with this request or not. Failing an answer concerning this point within the mentioned deadline or in case of disagreement between the parties, the President of the Appeals Arbitration Division of CAS will decide to grant or not such a request.

Château de Béthusy   Av. de Beaumont 2   CH-1012 Lausanne   Tél: +41 21 613 50 00   Fax: +41 21 613 50 01   www.tas-cas.org



Tribunal Arbitral du Sport
Court of Arbitration for Sport

I remain at your disposal for any further information.

Yours sincerely,

Andrea ZIMMERMANN
Counsel to the CAS

Enc.



# WORLD BOXING COUNCIL

GABRIEL A. PEÑAGARICANO, ESQ.
Secretary General
gpenagaricano@wbcboxing.com

March 9, 2007

**BY FAX**

Mr. Andres Zimmermann
Counsel
Court of Arbitration for Sport
Chateau de Bethusy
Avenue de Beaumont
CH-1012 Lausanne, Switzerland

Re: CAS 2007/O/1224

Dear Mr. Zimmermann:

We have received on February 27, 2007 your February 22nd letter regarding the referenced matter. At the outset, please be advised that we have not received the original arbitration filing made by Claimant Vitali Klitschko. The WBC respectfully requests a copy of the filing in its entirety, with all exhibits and enclosures.

Please be advised that the parties have been in settlement negotiations for the past month and are close to reaching an agreement. Therefore, the WBC, with the consent of all parties, hereby requests that all deadlines contained in your February 22nd letter be extended through April 6, 2007. We will notify the CAS if in the meantime an agreement is made.

Finally, please be advised that I, together with Robert Lenhardt, Esq., will be representing the WBC in this matter. All notices from the CAS and the parties must be sent to:

Gabriel A. Peñagaricano, Esq.
WBC Secretary General
PO Box 71449
San Juan, Puerto Rico 00936-8549
Tel. 310-595-0597
Fax: 305-675-7945
gpenagaricano@wbcboxing.com

and to:

Robert Lenhardt, Esq.
WBC General Counsel
c/o ORIX Finance
1717 Main Street, Suite 900
Dallas, Texas 75201, USA
Cellular Tel. (214) 754-8778
Office Tel. (214) 237-2342
Direct Fax (469) 385-1353
attylen@yahoo.com

Thank you in advance for your cooperation.

Very truly yours,

Gabriel A. Peñagaricano, Esq.

C: Mr. José Sulaimán
Robert Lenhardt, Esq.
Mark Kirkosky, Esq.
Bruce J. Zabauraskas, Esq.
Barry Berke, Esq.
Jeremy Cohen, Esq.
Tanja Klemin, Esq.