**EXHIBIT 4**

### AGREEMENT WITHDRAWING CAS ARBITRATION AND DISMISSING CLAIMS AND COUNTERCLAIMS WITH PREJUDICE

WHEREAS, on or about February 16, 2007, Vitali Klitschko commenced an arbitration with index number 2007/O/1224 (the "Arbitration") before the Court for Arbitration for Sport ("CAS") against the World Boxing Council ("WBC"), Samuel Peter ("Peter") and Oleg Maskaev ("Maskaev") asserting a claim that he was entitled to be the challenger in the next WBC Heavyweight Title fight (the "Claim");

WHEREAS, on or about May 2, 2007, Peter responded to the Claim in the Arbitration and asserted counterclaims against Klitschko (the "Counterclaims");

WHEREAS, the parties desire to dismiss with prejudice the Claim and Counterclaims asserted in the Arbitration on the terms set forth herein.

NOW, THEREFORE, IT IS HEREBY AGREED BY THE PARTIES AS FOLLOWS:

1. Klitschko hereby dismisses his Claim against all parties to the Arbitration with prejudice.

2. Peter hereby dismisses his Counterclaims against Klitschko in the Arbitration with prejudice.

3. Each party to this Agreement shall bear his own fees and costs, including without limitation, attorney fees.

4. This Agreement may be signed in counterparts and by facsimile transmission.

5. The individuals executing this agreement acknowledge that they have the authority to execute this agreement on behalf of their clients.

6. Nothing in this Agreement waives or is intended to waive any affirmative defense, claim, cross-claim, counterclaim or third-party claim that Peter may have against any party other than Klitschko arising from or relating to the lawsuit titled *Maskaev et al. v. World Boxing Council et al.*, Index No. 07 CV 3147, currently pending in the United States District Court for the Southern District of New York.

7. Nothing in this Agreement waives or is intended to waive any claim or affirmative defense to any counterclaim that Maskaev or his representatives may have which in any arises from or relates to the lawsuit titled *Maskaev et al. v. World Boxing Council et al.*, Index No. 07 CV 3147, currently pending in the United States District Court for the Southern District of New York.

8. Klitschko shall deliver a copy of this signed agreement to the CAS via overnight delivery service within 3 business days of all parties' execution hereof.

Dated: New York, New York
       May 25, 2007

THELEN REID BROWN RAYSMAN
& STEINER
Attorneys for Vitali Klitschko
875 Third Avenue
New York, New York 10022
(212) 603-2000

By: /s/ Bruce J. Zabarauskas     5/29/07

KRAMER LEVIN NAFTALIS &
FRANKEL LLP
Attorneys for Samuel Peter
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

By: /s/ Jeremy A. Cohen

Mark A. Kirkorsky, P.C.
Attorneys for Oleg Maskaev
4025 South McClintock Drive, Suite 208
Tempe, Arizona 85282
(480) 603-4088

By: /s/ Mark A. Kirkorsky

WORLD BOXING COUNCIL

By: _____